# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**DAVID MALO ZAMBRANO**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:02CR00283 02**

JOHN P. BALAZS, ESQ.

Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of charges 1, 2 AND 3 as alleged in the violation petition filed on 4/1/2008 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | FAILURE TO FOLLOW PROBATION OFFICERS INSTRUCTIONS | 02-28-2008 |
| 2 | FAILURE TO WORK REGULARLY | 4/07 - 3/08 |
| 3 | FAILURE TO NOTIFY PROBATION OFFICER 10 DAYS PRIOR TO CHANGE OF RESIDENCE | 3/1/08 - 3/18/08 |

The court:  [✔] revokes supervision heretofore ordered on   10/10/2007  .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/03/2008

Date of Imposition of Sentence

/s/ John A. Mendez

Signature of Judicial Officer

**HON. JOHN A. MENDEZ**, United States District Judge

Name & Title of Judicial Officer

06/06/2008

Date

CASE NUMBER:        2:02CR00283 02                                    Judgment - Page 2  of  2
DEFENDANT:         DAVID MALO ZAMBRANO

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 MONTHS .

**NO SUPERVISION TO FOLLOW**.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in the RCCC facility or the Nevada City facility, but only insofar as this accords with security classification and space availability.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal